```
FOLEY & LARDNER LLP
ONE MARITIME PLAZA, SUITE 600
SAN FRANCISCO, CA 94111-3404
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

KEVIN F. WOODALL, CA BAR NO. 180650
CHRISTOPHER G. WARD, CA BAR NO. 238777
ATTORNEYS FOR DEFENDANT SANTA ROSA MEMORIAL
HOSPITAL
```

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TSEGAI HAILE, <br><br> Plaintiff, <br><br> vs. <br><br> SANTA ROSA MEMORIAL HOSPITAL; ST. JOSEPH HEALTH SYSTEM SONOMA COUNTY; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: CV 08 4149 MMC <br><br> DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S CERTIFICATION OF INTERESTED PARTIES <br><br><br> CASE FILED: MAY 23, 2008 |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 3-16, the undersigned, counsel of record for defendant Santa Rosa Memorial Hospital, hereby certify that the following listed entities have a financial and non-financial interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Tsegai Haile – Plaintiff.

2. Santa Rosa Memorial Hospital – Defendant.

///

///

---

DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES

3. St. Joseph Health System – Network of non-profit Catholic acute care facilities of which Santa Rosa Memorial Hospital is part.

DATE: SEPTEMBER 2, 2008

FOLEY & LARDNER LLP
KEVIN F. WOODALL
CHRISTOPHER G. WARD

By: _____
KEVIN F. WOODALL
ATTORNEYS FOR DEFENDANT SANTA ROSA MEMORIAL HOSPITAL

2
DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES

LACA_1911861.1

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action; my current business address is One Maritime Plaza, Sixth Floor, San Francisco, CA 94111-3409.

On September 2, 2008, I served the attached document(s) described as **DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S CERTIFICATION OF INTERESTED PARTIES** on the interested party(ies) in this action by the following means:

I placed a true copy thereof enclosed in a sealed envelope addressed as follows:

David M. Poore
Kahn Brown & Poore LLP
755 Baywood Drive, Suite 185
Petaluma, CA 94954

      BY U.S. MAIL

__X__    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Francisco, California. I placed the envelopes for collection and mailing on the above date following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on September 2, 2008, at San Francisco, California.

_____
Charisse Goodman

PROOF OF SERVICE