UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSEGAI HAILE,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA ROSA MEMORIAL HOSPITAL; ST. JOSEPH HEALTH SYSTEM SONOMA COUNTY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 08-CV-4149<br><br>[~~PROPOSED~~] ORDER CONTINUING MEDIATION CUTOFF DATE<br><br><br><br>JUDGE:   HON. MAXINE M. CHESNEY |

1 On March 17, 2009, Plaintiff Tsegai Haile and Defendant Santa Rosa
2 Memorial Hospital ("SRMH") filed a stipulation to continue the mediation cutoff
3 in this matter on the basis that the Parties will not be able to meaningfully mediate
4 this matter until after the Court rules on SRMH's Motion for Partial Summary
5 Judgment, the hearing on which the Court rescheduled from March 13, 2009 to
6 April 17, 2009. Pursuant to stipulation, the Parties request the Court continue the
7 current April 13, 2009 mediation cutoff date to May 15, 2009 to enable the Court
8 to render its ruling on the Motion before the Parties mediate this matter.
9 After reviewing the Parties' stipulation, and for good cause shown, the Court
10 hereby VACATES the current mediation cutoff date of April 13, 2009. The Court
11 further ORDERS that the Parties complete mediation in this matter by May 15,
12 2009.
13 IT IS SO ORDERED.
14 DATE: March 17, 2009

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE