IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TSEGAI HAILE,

    Plaintiff,

  v.

SANTA ROSA MEMORIAL HOSPITAL, et al.,

    Defendants.

No. C 08-4149 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL AND MOTION FOR SANCTIONS**

Pursuant to Civil Local Rule 72-1, defendant Santa Rosa Memorial Hospital's ("SRMH") "Motion to Compel Discovery Responses," filed July 8, 2009, SRMH's "Motion for Sanctions," likewise filed July 8, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: July 9, 2009

                                  MAXINE M. CHESNEY
                                  United States District Judge

---

[1] The August 14, 2009 hearing date before the undersigned is vacated.