1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TSEGAI HAILE,<br><br>            Plaintiff,<br><br>      v.<br><br>SANTA ROSA MEMORIAL HOSPITAL; ST. JOSEPH HEALTH SYSTEM SONOMA COUNTY, and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 08-CV-4149 MMC<br><br>[PROPOSED] ORDER ON THE STIPULATION TO EXTEND EXPERT WITNESS DISCOVERY<br><br><br><br>JUDGE:  HON. MAXINE M. CHESNEY |

On July 20, 2009, Plaintiff Tsegai Haile and Defendant Santa Rosa Memorial Hospital ("SRMH") filed a Stipulation to Extend Expert Witness Discovery which contained proposed modified dates regarding expert witness discovery in this matter. Having reviewed the stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. The parties shall have an additional two weeks to make their expert witness designations and disclosures as required by Fed. R. Civ. P. 26(a)(2). The expert witness disclosures required by Fed. R. Civ. P. 26(a)(2) shall now be made by the parties on or before July 31, 2009. Rebuttal expert witness designations and disclosures shall now be made by the parties on or before August 14, 2009.

2. The expert discovery cutoff shall now be September 30, 2009.

3. In the event that United States Magistrate Judge Elizabeth D. Laporte grants SRMH's pending motion to compel a psychiatric examination of Plaintiff, SRMH's retained psychiatrist shall be permitted to complete and disclose his expert witness report following the examination of Plaintiff, and that report shall be considered timely disclosed within the meaning of Fed. R. Civ. P. 26(a)(2) such that there are no procedural limitations on that psychiatrist's ability to rely upon his report or to testify in this matter, provided he is appropriately established at trial as an expert witness.

4. The dispositive motions filing cutoff remains September 4, 2009.

IT IS SO ORDERED.

DATED: July 27, 2009 _____

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 08-CV-4149 MMC

CHIC_4370110.1