1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TSEGAI HAILE,

        Plaintiff,

  v.

SANTA ROSA MEMORIAL HOSPITAL,

        Defendant.

_____/

No. C-08-04149 MMC (EDL)

**ORDER REGARDING PARTIES'
STIPULATION TO SHORTEN TIME TO
HEAR PLAINTIFF'S MOTION TO HAVE
ADMISSIONS WITHDRAWN OR
AMENDED**

On October 22, 2009, the parties filed a stipulation to shorten time to hear Plaintiff's Motion to Have Admissions Withdrawn or Amended. The parties state that shortened time is necessary because a regularly noticed hearing on Plaintiff's Motion would be set for December 1, 2009, and trial in this matter is scheduled to begin less than one week later on December 7, 2009. The Court notes, however, that Plaintiff filed a motion to continue the trial date that is pending before Judge Chesney.

Good cause appearing, the parties' request to shorten time is conditionally granted. Pursuant to the parties' stipulation, Defendant's opposition shall be filed no later than October 29, 2009. Plaintiff's reply shall be filed no later than November 3, 2009. The Court will decide this matter on the papers unless the parties are notified that a hearing is necessary. If, however, Judge Chesney grants Plaintiff's motion to continue the trial date, the Court will not hear Plaintiff's Motion to Have Admissions Withdrawn or Amended on a shortened schedule. If the trial is continued, Plaintiff's

Motion shall be heard on a regular schedule on December 1, 2009.

**IT IS SO ORDERED.**

Dated: October 23, 2009

_Elizabeth D. Laporte_

ELIZABETH D. LAPORTE
United States Magistrate Judge