**KAHN BROWN & POORE LLP**
30 FIFTH STREET, SECOND FLOOR
PETALUMA, CA 94952
TELEPHONE: 707.763.7100
FACSIMILE: 707.763.7180

DAVID M. POORE, CA BAR NO. 192541, dpoore@kahnbrownlaw.com
ATTORNEYS FOR PLAINTIFF TSEGAI HAILE

**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SUITE 600
SAN FRANCISCO, CA 94111-3404
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

KEVIN F. WOODALL, CA BAR NO. 180650, kwoodall@foley.com
CHRISTOPHER G. WARD, CA BAR NO. 238777, cward@foley.com
ATTORNEYS FOR DEFENDANT SANTA ROSA MEMORIAL HOSPITAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TSEGAI HAILE<br><br>    Plaintiff,<br><br>v.<br><br>SANTA ROSA MEMORIAL HOSPITAL; ST. JOSEPH HEALTH SYSTEM SONOMA COUNTY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 08-CV-4149<br><br>**STIPULATION TO ALLOW DEFENDANT SANTA ROSA MEMORIAL HOSPITAL ADDITIONAL TIME TO FILE MOTION FOR ATTORNEY'S FEES; ORDER THEREON**<br><br>TRIAL DATE: FEBRUARY 8, 2010<br><br>JUDGE: HON. MAXINE M. CHESNEY |

WHEREAS, Local Rule 54 provides that motions for attorney's fees must be made no later than 14 days after entry of judgment, unless the Court orders otherwise;

WHEREAS, the parties have agreed that Defendant Santa Rosa Memorial Hospital should have an additional 30 days to file a motion for attorney's fees, as the parties are discussing and negotiating their respective positions on this and

other matters;

IT IS HEREBY STIPULATED by and between Plaintiff, Tsegai Haile, and Defendant, Santa Rosa Memorial Hospital, through their counsel of record, that Defendant, Santa Rosa Memorial Hospital, will have until April 9, 2010 to file a motion for attorney's fees under Local Rule 54.

DATED: MARCH 9, 2010      KAHN BROWN & POORE LLP
DAVID M. POORE

/s/David M. Poore
DAVID M. POORE
ATTORNEYS FOR PLAINTIFF TSEGAI HAILE

DATED: MARCH 9, 2010      FOLEY & LARDNER LLP
KEVIN F. WOODALL
CHRISTOPHER G. WARD

/s/Christopher G. Ward
CHRISTOPHER G. WARD
ATTORNEYS FOR DEFENDANT SANTA ROSA MEMORIAL HOSPITAL

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that Defendant, Santa Rosa Memorial Hospital, shall have until April 9, 2010 to file a motion for attorney's fees under Local Rule 54.

March 10, 2010
Date

Hon. Maxine Chesney