**TSEGAI HAILE**
2039 BEDFORD STREET
SANTA ROSA, CA 95404
TELEPHONE: 707.508.8546
tsegaihaile@comcast.net

**KAHN BROWN & POORE LLP**
30 FIFTH STREET, SECOND FLOOR
PETALUMA, CA 94952
TELEPHONE: 707.763.7100
FACSIMILE: 707.763.7180

DAVID M. POORE, CA BAR NO. 192541, dpoore@kahnbrownlaw.com
ATTORNEYS OF RECORD FOR PLAINTIFF TSEGAI HAILE

**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SUITE 600
SAN FRANCISCO, CA 94111-3404
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

KEVIN F. WOODALL, CA BAR NO. 180650, kwoodall@foley.com
CHRISTOPHER G. WARD, CA BAR NO. 238777, cward@foley.com
ATTORNEYS FOR DEFENDANT SANTA ROSA MEMORIAL HOSPITAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TSEGAI HAILE<br><br>Plaintiff,<br><br>v.<br><br>SANTA ROSA MEMORIAL HOSPITAL; ST. JOSEPH HEALTH SYSTEM SONOMA COUNTY, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 08-CV-4149<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE SUBSTITUTION OF COUNSEL TO ALLOW PLAINTIFF TO PROCEED IN PRO SE**<br><br>TRIAL DATE: FEBRUARY 8, 2010<br><br>JUDGE: HON. MAXINE M. CHESNEY |

IT IS HEREBY STIPULATED by and between Plaintiff, Tsegai Haile, His Present Counsel of Record, David M. Poore, Kahn Brown & Poore LLP, and Defendant, Santa Rosa Memorial Hospital, through their counsel of record, that

Plaintiff be allowed to proceed *In Pro Se* until he can locate new counsel of record. It is further stipulated that David M. Poore, Kahn Brown & Poore LLP, be permitted to withdraw as counsel of record. There is good cause to grant this request in light of Plaintiff's Motion for a New Trial. (Doc. 173.) By entering into this stipulation, the parties are not waiving their respective rights to proceed with, or oppose, the pending Motion for a New Trial.

DATED: MARCH 11, 2010

KAHN BROWN & POORE LLP
DAVID M. POORE

/s/David M. Poore
DAVID M. POORE
ATTORNEYS FOR PLAINTIFF TSEGAI HAILE

DATED: MARCH 11, 2010

TSEGAI HAILE

/s/Tsegai Haile
TSEGAI HAILE
PLAINTIFF

DATED: MARCH 11, 2010

FOLEY & LARDNER LLP
KEVIN F. WOODALL
CHRISTOPHER G. WARD

/s/Christopher G. Ward
CHRISTOPHER G. WARD
ATTORNEYS FOR DEFENDANT SANTA ROSA MEMORIAL HOSPITAL

## ORDER

For good cause shown, IT IS HEREBY ORDERED that Plaintiff Tsegai Haile be permitted to proceed *In Pro Se*.

IT IS FURTHER ORDERED that Plaintiff's current counsel, David M. Poore, Kahn Brown & Poore, is permitted to withdraw as Counsel of Record for the Plaintiff.

March 15, 2010
Date

Hon. Maxine Chesney