UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TSEGAI HAILE,

        Plaintiff,

  v.

SANTA ROSA MEMORIAL HOSPITAL et al,

        Defendant.
                                      /

Case Number: CV08-04149 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tsegai Haile
2039 Bedford Street
Santa Rosa, CA 95404

Dated: March 16, 2010

                                          Richard W. Wieking, Clerk
                                          By: T. De Martini, Deputy Clerk