IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSEGAI HAILE,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA ROSA MEMORIAL HOSPITAL, et al.,<br><br>    Defendants<br>_____/ | No. C-08-4149 MMC<br><br>**ORDER SETTING APRIL 30, 2010 HEARING ON PLAINTIFF'S MOTION FOR NEW TRIAL** |

    On March 9, 2010, plaintiff filed a motion for new trial, but failed to set the matter for hearing on the Court's calendar. See Civil L.R. 7-2(a) (providing "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion).

    In the interests of having the motion heard without further delay, the Court hereby SETS the matter for hearing on April 30, 2010, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: March 15, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge