IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSEGAI HAILE,<br><br>        Plaintiff,<br>  v.<br><br>SANTA ROSA MEMORIAL HOSPITAL, et al.,<br><br>        Defendants. | No. 08-4149 MMC<br><br>**ORDER DENYING PLAINTIFF'S POST-TRIAL MOTIONS OF MARCH 9, 2010 AND APRIL 2, 2010; VACATING HEARING** |

    Before the Court is plaintiff Tsegai Haile's "Motion for New Trial to Compel His Attorney's Obligation or Proceed in Pro Se & For Extension to Filing Notice of Appeal," filed March 9, 2010 and plaintiff's "Notice of Motion and Motion for Judgment," filed April 2, 2010.[1] Defendant Santa Rosa Memorial Hospital has filed opposition, to which plaintiff has replied.

    Having read and considered the parties' respective written submissions, the Court finds the motions appropriate for consideration thereon, hereby VACATES the April 30, 2010 hearing, and, for the reasons stated by defendant in its opposition, hereby DENIES each such motion in its entirety.

    **IT IS SO ORDERED.**

Dated: April 14, 2010

                                                        MAXINE M. CHESNEY
                                                     United States District Judge

---

[1] As defendant points out, the latter motion is noticed for hearing on April 30, 2010, and, consequently, does not comply with the Civil Local Rules of this District. See Civ. L.R. 7-2(a). The Court nonetheless has considered the motion.