United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TSEGAI HAILE,                              No. 08-4149 MMC

12          Plaintiff,                          **ORDER DENYING PLAINTIFF'S MOTION
                                                TO DISQUALIFY**
13     v.

14   SANTA ROSA MEMORIAL HOSPITAL, et
     al.,
15
            Defendants
16   _____/

17

18          By order filed April 7, 2010, the Court denied plaintiff's application filed March 24,

19   2010 ("Application"), by which Application plaintiff sought an order of disqualification.  On

20   April 15, 2010, plaintiff filed a "Motion and Peremptory Challenge to Disqualify Judge

21   Chesney" ("Motion").  Having read and considered the Motion, the Court hereby rules as

22   follows.

23          The Court finds plaintiff's Motion is both substantively meritless and procedurally

24   deficient.  First, because plaintiff solely relies on court rulings, plaintiff has, again, failed to

25   identify any cognizable basis for disqualification.  See United States v. Sibla, 624 F.2d 864,

26   869 (9th Cir. 1980) (holding bias must stem from "extrajudicial source").  Second, the

27   Motion is deficient because it seeks, in essence, reconsideration of the Court's prior ruling

28   denying disqualification.  (See Order Denying Application, filed Apr. 7, 2010)

1   Reconsideration is only available upon leave of court, <u>see</u> Civil L.R. 7-9(a), and only if

2   based on a showing of at least one of the following grounds:

3

4          (1)  That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to

5   the Court before entry of the interlocutory order for which reconsideration is sought.  The party also must show that in the

6   exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the

7   interlocutory order; or

8          (2) The emergence of new material facts or a change of law occurring after the time of such order; or

9          (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the

10   Court before such interlocutory order.

11   <u>See</u> Civil L.R. 7-9(b).  Plaintiff has made no such showing.

12        Accordingly, for all of the reasons set forth above, the Motion is hereby DENIED.

13        **IT IS SO ORDERED.**

14

15   Dated:  April 16, 2010

16                                MAXINE M. CHESNEY
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28