IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TSEGAI HAILE,

        Plaintiff,

  v.

SANTA ROSA MEMORIAL HOSPITAL, et al.,

        Defendants.

No. 08-4149 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS**

      Before the Court is plaintiff Tsegai Haile's Motion for Sanctions, filed April 13, 2010, by which motion plaintiff seeks an order sanctioning defendant Santa Rosa Memorial Hospital based on the conduct of said defendant's counsel over the course of the pretrial and trial proceedings conducted in the above-titled action.

      The Court, having read and considered the motion and plaintiff's declaration filed in support thereof, finds the matter suitable for decision on the moving papers, declines to set a hearing thereon, deems the matter submitted, and rules as follows:

      As noted, the motion is based on the conduct of counsel in defending against plaintiff's claims. Although plaintiff attributes the ultimate result of the litigation, specifically, a jury verdict in favor of defendant, to what plaintiff describes as "misconduct" (see Mot. at 3:13), "lying and stealing" (see id. at 19:12), and "conspiracy" (see Haile Decl. Ex. 1 at 1),

the record herein does not support plaintiff's characterization.  Rather, the record reflects no more than a dispute as to the events in question and both parties' efforts to convince the Court and jury as to the merits of their respective positions.

Accordingly, the motion for sanctions is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 27, 2010

MAXINE M. CHESNEY
United States District Judge

2