IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSEGAI HAILE,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA ROSA MEMORIAL HOSPITAL, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4149 MMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FILED APRIL 23, 2010** |

The Court is in receipt of plaintiff Tsegai Haile's "Request for Reasoning," filed April 23, 2010, by which filing plaintiff seeks reconsideration of the Court's April 20, 2010 Order Denying Plaintiff's Application to Proceed in Forma Pauperis.

Having read and considered the request, the Court hereby DENIES the request for the reason that plaintiff has failed to identify any cognizable basis exists for reconsideration. See Fed. R. Civ. P. 60(b).

**IT IS SO ORDERED.**

Dated: May 4, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge