**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11 TSEGAI HAILE,                                                    No. C-08-4149 MMC

12                    Plaintiff,

13       v.                                                         **ORDER VACATING MAY 21, 2010
                                                                    HEARING**
14 SANTA ROSA MEMORIAL HOSPITAL, et
   al.,
15
                     Defendants.
16 _____ /

17

18       Before the Court is defendant Santa Rosa Memorial Hospital's ("SMRH") Motion for

19 Attorney's Fees, filed April 9, 2010, by which SMRH asserts that the claims litigated

20 through trial by plaintiff Tsegai Haile were frivolous, unreasonable, and groundless and thus

21 that SMRH is entitled to recover its attorneys' fees and costs incurred by reason of such

22 litigation.   Plaintiff has not filed opposition.[1]

23 //

24 //

25 //

26 //

27

28          [1]  Pursuant to the Civil Local Rules of this District, plaintiff's opposition was due no
   later than April 30, 2010.  See Civil L.R. 7-3 (providing opposition to motion "must be
   served and filed not less than 21 days before the hearing date").

1      Having read and considered the papers filed by SMRH, the Court deems the matter

2  appropriate for decision thereon and hereby VACATES the hearing scheduled for May 21,

3  2010.

4      **IT IS SO ORDERED.**

5

6  Dated:  May 18, 2010

                          MAXINE M. CHESNEY

7                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28